In the Matter of THEO. DELYANIS, Appellant, against FRANK COOPER et al., Constituting the Zoning Board of Appeals of the Incorporated Village of Rockville Centre, Respondents.

Submitted January 5, 1948; decided January 15, 1948.

*Julius M. Gerzof* and *David F. Price* for motion.
*Edgar T. Beamish* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the rules of this court are filed.